

# Court of Appeals
## Sixth Appellate District of Texas

# J U D G M E N T

| | |
|---|---|
| Deon Michael Price, Appellant | Appeal from the County Court at Law No. 1 of Williamson County, Texas (Tr. Ct. No. 17-07703-1). Memorandum Opinion delivered by Justice Stevens, Chief Justice Morriss and Justice Burgess participating. |
| No. 06-19-00011-CR  v. | |
| The State of Texas, Appellee | |

As stated in the Court's opinion of this date, we find reversible error in the judgment of the court below.  Therefore, we affirm the trial court's judgment in part, and reverse the judgment in part.  Specifically, we affirm that portion of the judgment finding Appellant guilty of the offense of driving while intoxicated.  We reverse that portion of the judgment pertaining to the punishment and remand the case for a new punishment hearing.

We note that the appellant, Deon Michael Price, has adequately indicated his inability to pay costs of appeal.  Therefore, we waive payment of costs.

RENDERED DECEMBER 5, 2019
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk